United States Bankruptcy Court
Eastern District of Arkansas

In re: Case No. 23-10062-rdt
Columbus Brown, IV Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0860-4      User: admin      Page 1 of 3
Date Rcvd: Jan 10, 2023      Form ID: 309A      Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Columbus Brown, IV, 102 Redtail Cove, Little Rock, AR 72211-3090 |
| 6828838 | + | ADT Commercial, Attn: Bankruptcy Dept, PO Box 49292, Wichita, KS 67201-9292 |
| 6828841 | + | ALTUS Infusion Billing, LLC, 11233 Shadow Creek Pkwy, Pearland , TX 77584-7345 |
| 6828840 | + | Allen T. Carter, Porter, Wright, Morris & Arthur, LLP, 41 South High Street, Ste 2900, Columbus, OH 43215-6165 |
| 6828844 | + | Banana Republic, Barclays Bank Delaware, PO Box 8801, Wilmington, DE 19899-8801 |
| 6828849 | + | Brown and Company Realty, P.O. Box 56763, Little Rock, AR 72215-6763 |
| 6828850 | + | Cardinal Health 108, LLC d/b/a Metro Medical, 7000 Cardinal Place, Dublin, OH 43017-1091 |
| 6828851 | #+ | Central Arkansas Infusion Specialist, LLC, 2613 Johnsonwood Village Dr, Bryant, AR 72022-2759 |
| 6828860 | + | Figure Lending LLC, P.O. Box 40534, Reno, NV 89504-4534 |
| 6828862 | + | Health Resources and Services Administration, 5600 Fishers Lane, Rockville, MD 20857-0001 |
| 6828863 | + | Infusion Management, LLC, 11233 Shadow Creek Pkwy, Pearland, TX 77584-7345 |
| 6828866 | #+ | K & A Medical Management, LLC, 2613 Johnsonwood Village Dr., Bryant, AR 72022-2759 |
| 6828867 | + | Keith Berry and Laura Gentzel, 2805 Mossy Creek Dr., Little Rock, AR 72211-4440 |
| 6828871 | + | McKesson Specialty Care Distribution, 401 Mason Road, La Vergne, TN 37086-3243 |
| 6828872 | + | Midtown Doctors Building, LLC, 1 Riverfront Place, Ste 735, North Little Rock, AR 72114-5647 |
| 6828877 | + | Novitas Solutions, Inc., 2020 Technology Parkway, Suite 100, Mechanicsburg, PA 17050-9419 |
| 6828878 | + | Ondeck Capital (Arkansas Rheumatology Center), 1400 Broadway, 25th Floor, New York, NY 10018-5225 |
| 6828879 | + | Pacific Coast Management, LLC (Arkansas Rheum, 8908 Kanis Rd, Little Rock, AR 72205-6414 |
| 6828882 | + | Prefcustjewl, Po Box 14517, Des Moines, IA 50306-3517 |
| 6828884 | + | Susan K. Cliffel, Porter, Wright, Morris & Arthur, LLP, 250 East Fifth Street, Ste 2200, Cincinnati, OH 45202-5118 |
| 6828888 | + | Williams USO Building, LLC, P.O. Box 55777, Little Rock, AR 72215-5777 |
| 6828889 | + | Williams USO Building, LLC (Arkansas Rheumato, P. O. Box 55777, Little Rock, AR 72215-5777 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jbmoore@wetzelandmoore.com | Jan 10 2023 22:11:00 | J. Brad Moore, Wetzel & Moore, P.A., 212 Center Street, 10th Floor, Little Rock, AR 72201 |
| tr | + | EDI: FHMMITCHELL | Jan 11 2023 03:04:00 | Hamilton M Mitchell, Chapter 7 Panel Trustee, &lt;b&gt;Teleconf 877-915-4975 code1176945&lt;/b&gt;, 1204 N. Polk St, Little Rock, AR 72205-1737 |
| ust | | Email/Text: USTPRegion13.LR.ECF@usdoj.gov | Jan 10 2023 22:11:00 | U.S. Trustee (ust), Office Of U. S. Trustee, 200 W Capitol, Ste. 1200, Little Rock, AR 72201-3618 |
| 6828843 | | EDI: ARKDEPREV.COM | Jan 11 2023 02:59:00 | AR Dept. of Finance & Admin., Sales and Use Tax Section, PO Box 8092, Little Rock, AR 72203-8092 |
| 6828842 | | EDI: ARKDEPREV.COM | Jan 11 2023 02:59:00 | AR Dept. of Finance & Admin., Withholding Tax Section, PO Box 9941, Little Rock, AR 72203-9941 |
| 6828839 | + | Email/Text: backoffice@affirm.com | Jan 10 2023 22:12:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |

| District/off: 0860-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: 309A | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 6828845 | | EDI: TSYS2 | Jan 11 2023 02:59:00 | Barclays, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 6828846 | + | EDI: TSYS2 | Jan 11 2023 02:59:00 | Barclays Bank/Ban Rep, Po Box 8803, Wilmington, DE 19899-8803 |
| 6828847 | | EDI: CITICORP.COM | Jan 11 2023 02:59:00 | Best Buy/Citibank, N.A., P.O. Box 790441, St. Louis, MO 63179-0441 |
| 6828848 | | Email/PDF: MarletteBKNotifications@resurgent.com | Jan 10 2023 22:10:49 | Best Egg, PO Box 207865, Dallas, TX 75320-7865 |
| 6828855 | | EDI: CKSFINANCIAL.COM | Jan 11 2023 03:04:00 | CKS Financial, Attn: Bankruptcy Dept, PO Box 2856, Chesapeake, VA 23327-2856 |
| 6828856 | | Email/Text: jcarlick@crossriver.com | Jan 10 2023 22:11:00 | Cross River Bank, Attn: Bankruptcy Dept, 2115 Linwood Ave, Fort Lee, NJ 07024 |
| 6828854 | | Email/Text: enotifications@santanderconsumerusa.com | Jan 10 2023 22:12:00 | Chrysler Capital, P.O. Box 660335, Dallas, TX 75266 0335 |
| 6828887 | | Email/PDF: DellBKNotifications@resurgent.com | Jan 10 2023 22:10:44 | Webbank/Dfs, 1 Dell Way, Round Rock, TX 78682 |
| 6828857 | + | Email/PDF: DellBKNotifications@resurgent.com | Jan 10 2023 22:10:44 | Dell, 1 Dell Way, Round Rock, TX 78682-0001 |
| 6828858 | | EDI: DISCOVER.COM | Jan 11 2023 02:59:00 | Discover Bank, DISCOVER PERSONAL LOANS, PO Box 6105, Carol Stream, IL 60197-6105 |
| 6828859 | | EDI: DISCOVER.COM | Jan 11 2023 02:59:00 | Discover Bank, PO Box 6103, Carol Stream, IL 60197-6103 |
| 6828861 | | Email/Text: ffambk@1fam.com | Jan 10 2023 22:11:00 | First Financial Asset Management, Inc., 3091 Governors Lake Dr, Ste 500, Norcross, GA 30071 |
| 6828864 | | EDI: IRS.COM | Jan 11 2023 02:59:00 | IRS, Centralized Insolvency Oper., PO BOX 7346, Philadelphia, PA 19101-7346 |
| 6828852 | | EDI: JPMORGANCHASE | Jan 11 2023 02:59:00 | Chase, Mail Code LA4-6911, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 6828853 | | EDI: JPMORGANCHASE | Jan 11 2023 02:59:00 | Chase Mortgage, 700 Kansas Lane, Mail Code LA4-6475, Monroe, LA 71203 |
| 6828870 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2023 22:10:36 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 6828869 | | EDI: LENDNGCLUB | Jan 11 2023 02:59:00 | Lending Club, Lockbox Services - 134268, P.O. Box 884268, Los Angeles, CA 90088-4268 |
| 6828868 | | EDI: LENDNGCLUB | Jan 11 2023 02:59:00 | Lending Club, Lockbox Services - #0134268, Los Angeles, CA 90088-4268 |
| 6828874 | + | EDI: NAVIENTFKASMSERV.COM | Jan 11 2023 02:59:00 | Navient, 123 S Justison St, Wilmington, DE 19801-5363 |
| 6828873 | | EDI: NAVIENTFKASMSERV.COM | Jan 11 2023 02:59:00 | Navient, P.O. Box 9640, Wilkes-Barre, PA 18773-9640 |
| 6828876 | | EDI: NAVIENTFKASMSERV.COM | Jan 11 2023 02:59:00 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 6829047 | + | EDI: RECOVERYCORP.COM | Jan 11 2023 03:04:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 6828880 | + | Email/Text: bkrgeneric@penfed.org | Jan 10 2023 22:11:00 | Penfed Credit Union, Box 1432, Alexandria, VA 22313-1432 |
| 6828881 | + | Email/Text: bkrgeneric@penfed.org | Jan 10 2023 22:11:00 | Pentagon Federal Cr Un, Po Box 1432, Alexandria, VA 22313-1432 |
| 6828883 | + | Email/Text: ngisupport@radiusgs.com | Jan 10 2023 22:11:00 | Radius Global Solutions, LLC, 7831 Glenroy |

| District/off: 0860-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: 309A | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 6828885 | + EDI: RMSC.COM | | Jan 11 2023 02:59:00 | Road, Ste 250-A, Minneapolis, MN 55439-3132<br>Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 6828886 | Email/Text: bknotice@upgrade.com | | Jan 10 2023 22:11:00 | Upgrade Inc, 275 Battery St Fl 23, San Francisco, CA 94111 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2023          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Hamilton M Mitchell | hamiltonmosesmitchell@gmail.com  hmm@trustesolutions.net |
| J. Brad Moore | on behalf of Debtor Columbus Brown  IV jbmoore@wetzelandmoore.com, firm@wetzelandmoore.com;Firm.3136@notices.nextchapterbk.com |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov<br>Shari.Sherman@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;Kent.H.Johnson@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Columbus Brown IV <br> First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–5623 <br> EIN: __–_____ | |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____ <br> EIN: __–_____ | |
| United States Bankruptcy Court: Eastern District of Arkansas | | Date case filed for chapter:   7   1/9/23 | |
| Case number: 4:23-bk-10062 <br> Judge: Richard D. Taylor | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                  10/20

---

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Columbus Brown IV | |
| 2. | **All other names used in the last 8 years** | dba Arkansas Rheumatology Center, PLLC, dba Arkansas Cannabis Certification Center | |
| 3. | **Address** | 102 Redtail Cove <br> Little Rock, AR 72211 | |
| 4. | **Debtor's attorney** <br> Name and address | J. Brad Moore <br> Wetzel & Moore, P.A. <br> 212 Center Street, 10th Floor <br> Little Rock, AR 72201 | Contact phone 501-663-0535 <br><br> Email: jbmoore@wetzelandmoore.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Hamilton M Mitchell <br> Chapter 7 Panel Trustee <br> **Teleconf 877-915-4975 code1176945** <br> 1204 N. Polk St <br> Little Rock, AR 72205 | Contact phone 501-425-3431 <br><br> Email: hamiltonmosesmitchell@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**         page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed in ECF or at one of these addresses. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | 300 W. 2nd Street<br>Little Rock, AR 72201<br>OR<br>35 E. Mountain St. Rm 316<br>Fayetteville, AR 72701 | Hours open:<br>8:00 a.m. – 5:00 p.m.<br><br>Contact phone: 501–918–5500 or 479–582–9800<br>Date: 1/10/23 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 6, 2023 at 08:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*\*\* Valid photo identification and proof of social security number required \*\*\*** | Location:<br><br>**341a Telephonic Meeting, (use the Teleconf number, shown in trustee's address above)** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/7/23** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.<br><br>**Deadline to object to exemptions in cases converted to Chapter 7:** | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors or within 30 days after any amendment to the list or supplemental schedules is filed, whichever is later. \*\*\*\*<br><br>\*\*\*\***Filing deadline: See Bankruptcy Rule 1019(2)(B).** |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Intent to abandon property** | The trustee may give notice at the meeting of creditors of his/her intent to abandon property unless objections are filed within 15 days. | |