# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

IN RE: COLUMBUS BROWN, IV,            CASE NO. 4:23-bk-10062
       Debtor                                           CHAPTER 7

## MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES

Comes now, the Debtor, Columbus Brown, IV (the "**Debtor**"), by and through his attorneys, Wetzel & Moore, P.A., and for his Motion for Extension of Time to File Schedules, states as follows:

1. This case was filed on January 9, 2023 as a Chapter 7 bankruptcy proceeding. Pursuant to the Court's Order, Debtor is required to file deficient schedules within a specified time.

2. The deadline to file deficient schedules has not yet passed, but the Debtor needs additional time to complete and file the requisite schedules. Debtor respectfully requests an extension up to and including February 22, 2023 to file the requisite documents.

3. Upon information and belief, no parties will be prejudiced by the extension.

**WHEREFORE**, Debtor prays that this Court grant his Motion and allow him additional time to file the remaining schedules and other required documentation.

                                       Respectfully submitted,

By:     */s/ J. Brad Moore*
         J. Brad Moore (2010197)
         **WETZEL & MOORE, P.A.**
         200 North State Street, Suite 200
         Little Rock, AR 72201
         Telephone: (501) 663-0535
         Facsimile: (501) 372-1550
         E-mail: *jbmoore@wetzelandmoore.com*

## **CERTIFICATE OF SERVICE**

  I, J. Brad Moore, do hereby certify that a copy of the foregoing application has been served on the following via U.S. Mail, postage prepaid, or electronic transmission in accordance with the Federal Rules of Bankruptcy Procedure, on this 23rd day of January 2023:

| | |
|---|---|
| Hamilton M. Mitchell | United States Trustee |
| Chapter 7 Panel Trustee | Office of the U.S. Trustee |
| 1204 N Polk Street | 200 W Capitol, Ste 1200 |
| Little Rock, AR 72205 | Little Rock, AR 72201 |

                    */s/ J. Brad Moore*
                    J. Brad Moore